Teresa H. Michaud (State Bar No. 296329)
teresa.michaud@bakermckenzie.com
**BAKER & McKENZIE LLP**
10250 Constellation Blvd., Suite 1850
Los Angeles, California 90067
Telephone: 310.201.4728
Facsimile: 310.201.4721

Alexander G. Davis (State Bar No. 287840)
alexander.davis@bakermckenzie.com
Anne Kelts Assayag (298710)
anne.assayag@bakermckenzie.com
**BAKER & McKENZIE LLP**
600 Hansen Way
Palo Alto, CA 94304
Telephone: 650.856.2400
Facsimile: 650.856.9299

Attorneys for Defendant
REDBUBBLE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMILLE FAYE VINLUAN-JULARBAL, <br><br> Plaintiff, <br><br> vs. <br><br> REDBUBBLE, INC., <br><br> Defendant. | **Case No. 2:21-cv-00573-JAM-JDP** <br><br> Before The Honorable John A. Mendez <br><br> **DEFENDANT REDBUBBLE, INC.'S NOTICE OF WITHDRAWAL OF MOTION TO COMPEL ARBITRATION AND TO DISMISS THIS ACTION [DKT. NO. 9]** <br><br> **Date:** July 27, 2021 <br> **Time:** 1:30 p.m. <br> **Dept.:** 6 <br> **Judge:** Hon. John A. Mendez <br><br> Date Action Filed: March 29, 2021 |

1

Case No. 2:21-cv-00573-JAM-JDP
DEFENDANT REDBUBBLE, INC.'S NOTICE OF WITHDRAWAL OF MOTION TO COMPEL AND MOTION TO DISMISS

Baker & McKenzie LLP
10250 Constellation Blvd.,
Suite 1850
Los Angeles, CA 90067
Tel: 310.201.4728

For the reasons set forth below, Defendant Redbubble Inc. through its attorneys of record hereby withdraws its Motion to Compel Arbitration and to Dismiss this Action, filed on May 26, 2021 (Dkt. No. 9). Counsel for Defendant is also requesting that the hearing on this Motion, presently set for July 27, 2021 at 1:30 p.m., be vacated.

Plaintiff Kamille Faye Vinluan-Jularbal agreed to resolve *in arbitration* any disputes with Redbubble relating to her purchase of items from the Redbubble Marketplace. Yet she filed a federal lawsuit anyway. Redbubble therefore immediately moved to compel arbitration and to stay further proceedings in order to make use of bargained-for procedures for resolving Ms. Vinluan-Jularbal's allegations over the purchase of a $40 sweatshirt. Plaintiff has not only refused to proceed in arbitration, she filed a motion for unprecedented preliminary public injunctive relief (Dkt. No. 16) and forced Redbubble to respond in court before having its Motion to Compel Arbitration heard.

Redbubble strongly disputes Plaintiff's Oppositions to the Motion to Stay and Motion to Compel Arbitration and contends that these motions should be granted on their merits. Nevertheless, given Plaintiff's breach of her agreement to arbitrate, Redbubble has been denied the cost-effective and speedy benefits of arbitration. In addition, the Court will be required to expend its resources addressing the preliminary injunction motion. Redbubble has therefore determined that to mitigate its damages stemming from Plaintiff's breach, the most efficient pathway forward is simply to resolve Ms. Vinluan-Jularbal's claims in this Court, starting with the motion for a preliminary injunction.[1] Accordingly, Redbubble hereby withdraws its Motion to Compel Arbitration and to Dismiss this Action.[2]

Dated: July 20, 2021                    Respectfully submitted,

                                        BAKER & McKENZIE LLP

                                        By: *Teresa H. Michaud*
                                        Teresa H. Michaud
                                        Attorneys for Defendant
                                        REDBUBBLE, INC.

---

[1] Following resolution of the motion for preliminary injunction, Redbubble intends to file a motion for judgment on the pleadings under Rule 12(c).
[2] For the avoidance of any doubt, Redbubble's agreement to proceed with this case in court rather than arbitration is limited to Plaintiff Kamille Faye Vinluan-Jularbal *only*. Redbubble reserves any and all other rights and defenses against Plaintiff in their entirety.

# CERTIFICATE OF SERVICE

I, Teresa H. Michaud, declare:  I am over the age of 18 years and not a party to the within action.  My business address is Baker & McKenzie LLP, 10250 Constellation Blvd., Suite 1850, Los Angeles, California  90067.  On **July 20, 2021**, I served the following document:

**DEFENDANT REDBUBBLE, INC.'S NOTICE OF WITHDRAWAL OF MOTION TO COMPEL ARBITRATION AND TO DISMISS THIS ACTION**
**[DKT. NO. 9]**

on the interested parties in this action, addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ **(VIA CM/ECF NOTICE OF ELECTRONIC FILING):** I caused said document(s) to be filed and served by means of the Court's electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are registered as CM/ECF Users, as set forth in the service list of the Court.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.  Executed at Santa Barbara, California on **July 20, 2021.**

　　　　　　　　　　　　　　　　　　*/s/ Teresa H. Michaud*
　　　　　　　　　　　　　　　　　　　Teresa H. Michaud

3

Case No. 2:21-cv-00573-JAM-JDP
DEFENDANT REDBUBBLE, INC.'S NOTICE OF WITHDRAWAL OF MOTION TO COMPEL AND MOTION TO DISMISS

# SERVICE LIST

| | |
|---|---|
| **Keith J. Wesley, Esq.**<br>**Matthew Lawrence Venezia, Esq.**<br>Browne George Ross O'Brien Annaguey & Ellis LLP<br>2121 Avenue of the Stars, Suite 2800<br>Los Angeles, CA  90067<br>Tel:  310-274-7100<br>Fax: 310-275-5697<br>Email: kwesley@bgrfirm.com<br>Email: mvenezia@bgrfirm.com | *Counsel for Plaintiff*<br>**Kamille Faye Vinluan-Jularbal** |
| **Kenneth B. Wilson, Esq.**<br>Coastside Legal<br>455 1st Avenue<br>Half Moon Bay, CA  94019<br>Tel:  650-440-4211<br>Email: ken@coastsidelegal.com | *Co-Counsel for Defendant*<br>**Redbubble, Inc.** |

4

Case No. 2:21-cv-00573-JAM-JDP
DEFENDANT REDBUBBLE, INC.'S NOTICE OF WITHDRAWAL OF MOTION TO COMPEL AND MOTION TO DISMISS