UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMILLE FAYE VINLUAN-JULARBAL,<br><br>    Plaintiff,<br><br>    v.<br><br>REDBUBBLE, INC.,<br><br>    Defendant. | Case No.  2:21-cv-00573-JAM-JDP<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL IN PART<br><br>ECF No. 60 |

After months of informal conferences, including several discussions with the court, certain discovery disputes remain unresolved.  Plaintiff obtained permission to file a motion to compel, and that motion is now before the court.  ECF No. 60.  On October 28, 2021, the court heard argument on this motion.  For the reasons stated on the record, plaintiff's motion to compel is granted in part and defendant is compelled to produce discovery as follows:

1. Redbubble must produce, no later than close of business on November 9, 2021, all documents responsive to Request Numbers 10, 11, 15-32, 39, 40, 51-52, and 59.

2. Redbubble must produce, no later than close of business on November 9, 2021, all documents responsive to Request Number 33 from March 29, 2017 to the present.

1

3.	Redbubble must produce, no later than close of business on November 30, 2021, all documents responsive to Request Numbers 9 and 41-50.

4.	Redbubble must produce, no later than close of business on November 30, 2021, all documents responsive to Request Number 13, as narrowed by the proposed search terms set forth in the Motion.  *See* ECF No. 60 at 11.

5.	Considering the referral to the undersigned of the pending motion to bifurcate, ECF No. 77, Redbubble must produce, by a date to be set after that motion is resolved, all documents responsive to Request Numbers 2, 4, 6, 35, 36, and 60 from March 29, 2017 to the present.  Redbubble may limit the scope of its responses to Request Numbers 2, 4, 6, and 60 to documents related to designs or products removed from the Redbubble site due to claims of intellectual property infringement (as opposed to aspects of content moderation unrelated to intellectual property infringement).

6.	Redbubble will use its best efforts to produce documents responsive to the above categories on a rolling basis in advance of the stated deadlines.

7.	Redbubble must fully respond to Interrogatory Numbers 1-7 no later than close of business on November 18, 2021.  To the extent Redbubble can respond to these Interrogatories by producing documents, its responses may so state in accordance with the Federal Rules of Civil Procedure.

In addition to discovery, plaintiff seeks reasonable attorneys' fees and costs associated with the motion to compel.  *See* Fed. R. Civ. P. 37(a)(5).  The court will issue a separate order on that issue.

Accordingly, plaintiff's motion to compel discovery, ECF No. 60, is granted in part.

IT IS SO ORDERED.

Dated:   November 4, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE