Teresa H. Michaud (State Bar No. 296329)
teresa.michaud@bakermckenzie.com
**BAKER & McKENZIE LLP**
10250 Constellation Blvd., Suite 1850
Los Angeles, California  90067
Telephone:  310.201.4728
Facsimile:   310.201.4721

Alexander G. Davis (State Bar No. 287840)
alexander.davis@bakermckenzie.com
Anne Kelts Assayag (State Bar No. 298710)
anne.assayag@bakermckenzie.com
**BAKER & McKENZIE LLP**
600 Hansen Way
Palo Alto, CA  94304
Telephone:  650.856.2400
Facsimile:   650.856.9299

Attorneys for Defendant
REDBUBBLE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMILLE FAYE VINLUAN-JULARBAL,<br><br>Plaintiff,<br><br>vs.<br><br>REDBUBBLE, INC.,<br><br>Defendant. | **Case No. 2:21-cv-00573-JAM-JDP**<br><br>Before The Honorable John A. Mendez<br><br>**DEFENDANT REDBUBBLE, INC.'S NOTICE OF RECENT DECISION IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS (ECF NO. 49)**<br><br>Date Action Filed: March 29, 2021 |

1

Case No. 2:21-cv-00573-JAM-JDP
DEFENDANT REDBUBBLE, INC.'S NOTICE OF RECENT DECISION
IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS

Baker & McKenzie LLP
10250 Constellation Blvd.,
Suite 1850
Los Angeles, CA  90067
Tel: 310.201.4728

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant Redbubble, Inc. ("Redbubble") respectfully submits this Notice of Recent Decision in connect with its pending Motion for Judgment on the Pleadings (the "Motion") (ECF No. 49). Attached hereto as **Exhibit A** is a true and correct copy of the jury verdict in *Atari Interactive, Inc. v. Redbubble, Inc.*, Case No. 18-cv-03451-JST (N.D. Cal. Nov. 4, 2021) ("*Atari*").

The jury in *Atari* found that Redbubble did not directly or vicariously counterfeit or infringe on any of the plaintiff's copyrights or trademarks and rendered a complete verdict in Redbubble's favor. (*See* Ex. A.) Plaintiff's Opposition to the Motion relies on the pendency of the *Atari* trial as support for the merits of her argument. (*See* ECF No. 62, Opposition to Motion ("Opposition") at 4:15-16.)

The *Atari* verdict confirms what this Court already held in its Order Denying Plaintiff's Motion for Preliminary Injunction (ECF No. 59 at 13:9-14:3), namely that infringement and counterfeiting cannot simply be assumed, and adjudicating questions of infringement requires a detailed product-by-product analysis. Among other reasons, the *Atari* decision is relevant to Plaintiff's standing to bring this lawsuit, which is premised on the argument that use of a mark, without more, is deceptive and sufficient to give rise to a claim under the Unfair Competition Law (UCL) or Consumers Legal Remedies Act (CLRA). (*See* Motion at 4:19-5:14; Opposition at 5:27-8:8.)

Redbubble respectfully requests that the Court consider this recent decision in ruling on the Motion.

Dated: November 5, 2021              **BAKER & McKENZIE LLP**

By: */s/ Teresa H. Michaud*
    Teresa H. Michaud
    Attorneys for Defendant
    REDBUBBLE, INC.

2

Case No. 2:21-cv-00573-JAM-JDP
DEFENDANT REDBUBBLE, INC.'S NOTICE OF RECENT DECISION
IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS

# CERTIFICATE OF SERVICE

I, Teresa H. Michaud, declare: I am over the age of 18 years and not a party to the within action. My business address is Baker & McKenzie LLP, 10250 Constellation Blvd., Suite 1850, Los Angeles, California 90067.

On **November 5, 2021**, I served the following document:

**DEFENDANT REDBUBBLE, INC.'S NOTICE OF RECENT DECISION**

on the interested parties in this action, addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ **(VIA CM/ECF NOTICE OF ELECTRONIC FILING):** I caused said document(s) to be filed and served by means of the Court's electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are registered as CM/ECF Users, as set forth in the service list of the Court.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed at Santa Barbara, California on **November 5, 2021.**

                                    */s/ Teresa H. Michaud*
                                    Teresa H. Michaud

3

Case No. 2:21-cv-00573-JAM-JDP
DEFENDANT REDBUBBLE, INC.'S NOTICE OF RECENT DECISION
IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS

## SERVICE LIST

| | |
|---|---|
| **Keith J. Wesley, Esq.**<br>**Matthew Lawrence Venezia, Esq.**<br>Browne George Ross O'Brien Annaguey & Ellis LLP<br>2121 Avenue of the Stars, Suite 2800<br>Los Angeles, CA  90067<br>Tel:  310-274-7100<br>Fax: 310-275-5697<br>Email: kwesley@bgrfirm.com<br>Email: mvenezia@bgrfirm.com | *Counsel for Plaintiff*<br>***Kamille Faye Vinluan-Jularbal*** |
| **Kenneth B. Wilson, Esq.**<br>Coastside Legal<br>455 1st Avenue<br>Half Moon Bay, CA  94019<br>Tel:  650-440-4211<br>Email: ken@coastsidelegal.com | *Co-Counsel for Defendant*<br>*Redbubble, Inc.* |

4

Case No. 2:21-cv-00573-JAM-JDP
DEFENDANT REDBUBBLE, INC.'S NOTICE OF RECENT DECISION
IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS