**EXHIBIT A**

FILED

NOV 04 2021

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATARI INTERACTIVE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>REDBUBBLE, INC.,<br><br>Defendant. | Case No. 18-cv-03451-JST<br><br>**VERDICT FORM** |

We, the jury, duly empaneled and sworn in the above-entitled action, answer the questions posed to us as follows:

### TRADEMARK COUNTERFEITING

1. Did Defendant Redbubble counterfeit the ATARI mark:

   (a)   Directly?            Yes _____        No __X__

   or

   (b)   Vicariously?         Yes _____        No __X__

   If you answered "yes" to either Question 1(a) or Question 1(b), please answer Question 2. If you answered "no" to both Question 1(a) and Question 1(b), please skip Questions 2 and 3 and answer Question 4.

2. How many types of counterfeit goods using the ATARI mark did Redbubble sell, offer for sale, or distribute?

   Answer: _____

   Please answer Question 3.

3. What is the total amount of statutory damages you award to Plaintiff Atari for Defendant Redbubble's counterfeiting of the ATARI mark?

Number of types _____ x Damages per type $_____ =

Total damages $_____

Please answer Question 4.

4. Did Defendant Redbubble counterfeit the PONG mark:

    (a)    Directly?    Yes _____    No  X 

    or

    (b)    Vicariously?    Yes _____    No  X 

If you answered "yes" to either Question 4(a) or Question 4(b), answer Question 5. If you answered "no" to both Question 4(a) and Question 4(b), skip Questions 5 and 6 and answer Question 7.

5. How many types of counterfeit goods using the PONG did Redbubble sell, offer for sale, or distribute?

Answer: _____

Please answer Question 6.

6. What is the total amount of statutory damages you award to Plaintiff Atari for Defendant Redbubble's counterfeiting of the PONG mark?

Number of types _____ x Damages per type $_____ =

Total damages $_____

Please answer Question 7.

///

///

///

///

## TRADEMARK INFRINGEMENT

7. Did Defendant Redbubble infringe either of the following Atari trademarks?

    (a)   ATARI     Yes _____     No __X__

    (b)   PONG     Yes _____     No __X__

Please answer Question 8.

## COPYRIGHT INFRINGEMENT

8. Did Defendant Redbubble infringe any copyright owned by Plaintiff Atari?

    Yes _____     No __X__

If you answered "yes" to Question 8, please answer Question 9. If you answered "no" to Question 8, please stop here, answer no further questions, and have the presiding juror sign and date this form.

9. Were the game graphics or artwork associated with any of the following games infringed:

| Game | Yes | No |
| --- | --- | --- |
| *Adventure* | _____ | _____ |
| *Asteroids* | _____ | _____ |
| *Breakout* | _____ | _____ |
| *Centipede* | _____ | _____ |
| *Missile Command* | _____ | _____ |
| *Pong* | _____ | _____ |
| *Yar's Revenge* | _____ | _____ |

Please answer Question 10.

10. Is *Atari's Greatest Hits Volume 1*, which contains the games identified in Question 9, a compilation?

    Yes _____     No _____

If you answered "yes" to Question 10, please answer Question 11. If you answered "no" to Question 10, please skip Question 11 and answer Question 12.

3

11. What is the total amount of statutory damages you award to Plaintiff Atari for Defendant Redbubble's infringement of the game graphics or artwork associated with *Atari's Greatest Hits Volume I*?   $_____

Please stop here, answer no further questions, and have the presiding juror sign and date this form.

12. What is the total amount of statutory damages you award to Plaintiff Atari for Defendant Redbubble's infringement of the game graphics or artwork associated with the following games? You should award damages only for those games as to which you answered "yes" to Question 9.

| Game | Amount |
|---|---|
| *Adventure* | $_____ |
| *Asteroids* | $_____ |
| *Breakout* | $_____ |
| *Centipede* | $_____ |
| *Missile Command* | $_____ |
| *Pong* | $_____ |
| *Yar's Revenge* | $_____ |

Please have the presiding juror sign and date this form.

Dated: 11/04/2021   Signed: _____
                              Presiding Juror

4