UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMILLE FAYE VINLUAN-JULARBAL,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>REDBUBBLE, INC.,<br><br>　　　　　Defendant. | Case No.  2:21-cv-00573-JAM-JDP<br><br>ORDER DENYING DEFENDANT'S MOTION TO BIFURCATE DISCOVERY AND GRANTING ITS EX PARTE APPLICATION FOR AN EXTENSION OF TIME<br><br>ECF Nos. 65, 90 |

　　　　On December 2, 2021, the court held a hearing on defendant Redbubble, Inc.'s motion to bifurcate discovery.  ECF No. 90.  At the hearing, the court also addressed Redbubble's ex parte application for an extension of time to comply with the court's November 5, 2021 order.  For the reasons state on the record, it is hereby ordered that:

　　　　1. Redbubble's motion to bifurcate discovery, ECF No. 65, is denied.

　　　　2. Redbubble's ex parte application for an extension of time, ECF No. 90, is granted.

　　　　3. Redbubble shall produce, by no later than close of business on December 22, 2021, all documents responsive to Request Number 48.

　　　　4. Rebubble shall produce, by no later than close of business on January 17, 2022, all documents responsive to Requests Numbers 2, 4, 6, 35, 36 and 60 from March 29, 2017 to the

present. Redbubble may limit the scope of its responses to Request Numbers 2, 4, 6, and 60 to documents related to designs or products removed from the Redbubble site due to claims of intellectual property infringement (as opposed to aspects of content moderation unrelated to intellectual property infringement).

IT IS SO ORDERED.

Dated:   December 8, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE