BROWNE GEORGE ROSS
O'BRIEN ANNAGUEY & ELLIS LLP
Keith J. Wesley (State Bar No. 229276)
  kwesley@bgrfirm.com
Matthew L. Venezia (State Bar No. 313812)
  mvenezia@bgrfirm.com
Joachim B. Steinberg (State Bar No. 298066)
  jsteinberg@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Plaintiff
Kamille Faye Vinluan-Jularbal

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMILLE FAYE VINLUAN-JULARBAL,<br><br>    Plaintiff,<br><br>    vs.<br><br>REDBUBBLE, INC.,<br><br>    Defendant. | Case No. 2:21-cv-00573-JAM-JDP<br><br>Assigned to:  Hon. John A. Mendez<br><br>**ORDER GRANTING MOTION TO WITHDRAWAL JOACHIM B. STEINBERG AS COUNSEL FOR PLAINTIFF KAMILLE FAYE VINLUAN-JULARBAL**<br><br>Judge:   Hon. John A. Mendez<br>Crtrm.:  6, 14th Floor<br><br><br>Action Filed:  March 29, 2021<br>Trial Date:  None Set |

1    The Motion of Joachim B. Steinberg of Browne George Ross O'Brien Annaguey & Ellis

2 LLP for an Order permitting Joachim B. Steinberg to withdrawal as counsel for Plaintiff Kamille

3 Faye Vinluan-Jularbal in the above-entitled action, filed on January 3, 2022, and good cause

4 appearing, the Court hereby GRANTS this motion and immediately relieves Joachim B. Steinberg

5 of all further duties as counsel for Plaintiff in this matter.

6

7

8 DATED:  January 4, 2022                    /s/ John A. Mendez

9                                             THE HONORABLE JOHN A. MENDEZ
                                              UNITED STATES DISTRICT COURT JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28