UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMILLE FAYE VINLUAN-JULARBAL,<br><br>Plaintiff,<br><br>vs.<br><br>REDBUBBLE, INC.,<br><br>Defendant. | Case No. 2:21-cv-00573-KJM-JDP<br><br>STIPULATION AND ORDER RE DEFENDANT REDBUBBLE, INC.'S EXTENSION OF TIME TO COMPLY WITH REQUEST FOR PRODUCTION NOS. 6 AND 60<br><br>ECF No. 102 |

**STIPULATION**

This Stipulation is entered into between Plaintiff Kamille Faye Vinluan-Jularbal ("Plaintiff") and Defendant Redbubble, Inc. ("Redbubble") (collectively referred to herein as "the Parties") in order to extend time for Redbubble to complete its production of order confirmation documents in response to Plaintiff's Request for Production Nos. 6 and 60. The Parties, through their respective counsel of record, stipulate as follows:

1. WHEREAS, on December 9, 2021, the Court entered an Order regarding discovery disputes (Dkt. No. 96), and ordered Redbubble to produce all documents responsive to Plaintiff's Request for Production Nos. 2, 4, 6, 35, 36, and 60 by January 17, 2022 (the "Order");

2. WHEREAS, since issuance of the Order, Redbubble and its counsel have collected and processed a significant volume of documents to comply with the Order;

3. WHEREAS, as part of these efforts, Redbubble's counsel engaged Control Risks, a global consultancy firm, to assist in the collection of the data from Redbubble's systems so Redbubble could prepare that data for production in compliance with the Court's Order;

4. WHEREAS, Redbubble anticipates completing its production of documents responsive to Plaintiff's Request for Production Nos. 2, 4, 35, and 36, by the existing January 17, 2022 deadline set by the Court, which production will total nearly 1.3 million documents;

5. WHEREAS, Redbubble has informed Plaintiff that it needs additional time to collect the order confirmation pages responsive to Plaintiff's Request for Production Nos. 6 and 60, which will total approximately 6.5 million documents;

6. WHEREAS, specifically, Redbubble advises that based on the current, maximized rate of collection, Control Risks has estimated that it will require an additional 50 days, or until March 25, 2022, to complete the collection and processing of the full set of 6.5 million order confirmations to prepare those documents for production;

7. WHEREAS, on January 6, 2022, the Parties met and conferred to discuss the foregoing extension request in an attempt to reach a compromise short of involving the Court;

8. WHEREAS, following that meet and confer discussion, the Parties agreed to extend the deadline for Redbubble to complete its production of the order confirmation pages from January

17, 2022 to March 25, 2022, with Redbubble to produce the order confirmation pages on a rolling basis with an initial production to be completed by no later than January 31, 2022, a second production to be completed by no later than February 28, 2022, and a final production to be completed by no later than March 25, 2022;

9. WHEREAS, the Parties agreed that as a condition of the foregoing extension, Redbubble will fully respond to Plaintiff's Interrogatory Nos. 1 and 2 by January 21, 2022;

10. WHEREAS, the Parties further agreed that such responses will not merely direct Plaintiff to Redbubble's forthcoming production of order confirmations, or rely on Rule 33(d), however, Redbubble may respond to Interrogatory No. 1 by providing annual, rather than monthly, revenue information;

11. WHEREAS, this is the first stipulation between the Parties for such a request; and

12. WHEREAS, by entering into this Stipulation, the Parties are acting in good faith, and do not waive and instead expressly reserve any and all arguments, rights and defenses.

NOW, THEREFORE, in consideration of the foregoing, the Parties, by and through their respective counsel, hereby STIPULATE and AGREE, subject to Court approval and entry of the below Proposed Order, as follows:

1. Redbubble's deadline to complete its production of documents in response to Plaintiff's Request for Production Nos. 6 and 60 is extended from January 17, 2022 to March 25, 2022.

2. Redbubble shall fully respond to Plaintiff's Interrogatory Nos. 1 and 2 by January 21, 2022, with such responses not directing Plaintiff to Redbubble's forthcoming production of order confirmations, or relying on Rule 33(d), however, Redbubble may respond to Interrogatory No. 1 by providing annual, rather than monthly, revenue information.

**IT IS SO AGREED AND STIPULATED.**

Dated: January 13, 2022

Respectfully submitted,

**BAKER & McKENZIE LLP**

By: */s/ Teresa H. Michaud*
    Teresa H. Michaud
    Attorneys for Defendant
    REDBUBBLE, INC.

Dated: January 13, 2022

**ELLIS GEORGE CIPOLLONE O'BRIEN ANNAGUEY LLP**

By: */s/ Matthew L. Venezia*
    Matthew L. Venezia
    Attorneys for Plaintiff
    Kamille Faye Vinluan-Jularbal

**FILER'S ATTESTATION OF CONCURRENCE**

I, Teresa H. Michaud, attest that I am the lead counsel for Defendant Redbubble, Inc. As the ECF user and filer of this document, I attest that concurrence in the filing of this document has been obtained from its signatories.

Dated: January 13, 2022

*/s/ Teresa H. Michaud*
Teresa H. Michaud

**ORDER**

Upon review of the above Stipulation, and Good Cause Finding, the Court orders as follows:

1. Redbubble's deadline to complete its production of documents responsive to Plaintiff's Request for Production Nos. 6 and 60 is extended from January 17, 2022 to March 25, 2022.

2. Redbubble shall fully respond to Plaintiff's Interrogatory Nos. 1 and 2 by January 21, 2022, with such responses not directing Plaintiff to Redbubble's forthcoming production of order confirmations, or relying on Rule 33(d), however, Redbubble may respond to Interrogatory No. 1 by providing annual, rather than monthly, revenue information.

IT IS SO ORDERED.

Dated:   January 14, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE