UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMILLE FAY VINLUAN-JULARBAL, | Case No. 2:21-cv-00573-KJM-JDP |
| Plaintiff, | ORDER DENYING EX PARTE APPLICATION |
| v. | |
| REDBUBBLE, INC., | ECF No. 106 |
| Defendant. | |

On January 19, 2022, the court ordered defendant to pay attorneys' fees to defendant within seven days. ECF No. 105. On January 24, at 8:42 p.m., defendant filed an ex parte application arguing that the court could not set a seven-day deadline or alternatively seeking an extension of time to decide whether to file a motion for reconsideration. ECF No. 106. Defendant's motion is meritless. The court has the power to set deadlines for compliance. Defendant claims that it needs an extra week "to consider whether it will seek reconsideration of the Order." ECF No. 106 at 4. This is not a showing of good cause. Accordingly, defendant's ex parte motion, ECF No. 106, is denied.

IT IS SO ORDERED.

Dated:   January 25, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE