ELLIS GEORGE CIPOLLONE
O'BRIEN ANNAGUEY LLP
Keith J. Wesley (State Bar No. 229276)
  kwesley@egcfirm.com
Matthew L. Venezia (State Bar No. 313812)
  mvenezia@egcfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Plaintiff
Kamille Faye Vinluan-Jularbal

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMILLE FAYE VINLUAN-JULARBAL,<br><br>    Plaintiff,<br><br>vs.<br><br>REDBUBBLE, INC.,<br><br>    Defendant. | Case No. 2:21-cv-00573-KJM-JDP<br><br>*Assigned to:  Hon. Kimberly J. Mueller*<br><br>**JOINT STIPULATION TO EXTEND PLAINTIFF'S TIME TO OPPOSE DEFENDANT'S REQUEST FOR RECONSIDERATION [ECF NO. 109]**<br><br>Action Filed:  March 29, 2021<br>Trial Date:  None Set |

19890421

## JOINT STIPULATION

WHEREAS, on January 19, 2022, the Court, through Magistrate Judge Peterson, issued its Order Awarding Attorney' Fees and Costs to Plaintiff as the Prevailing Party in a Discovery Dispute Under Rule 37(a)(5)(A) (the "Fee Award") [ECF No. 105];

WHEREAS, on February 2, 2022, Defendant Redbubble, Inc. ("Redbubble") filed its Request for Reconsideration by the District Court of Magistrate Judge's Ruling ("Request for Reconsideration") concerning the Fee Award [ECF No. 109];

WHEREAS, pursuant to Local Rule 303(d), Plaintiff Kamille Faye Vinluan-Jularbal's ("Plaintiff") opposition to the Request for Reconsideration is currently due on February 9, 2022;

WHEREAS, the Court's Standing Order provides:

> The court will only consider requests to seal or redact filed by the proponent of sealing or redaction. If a party plans to make a filing that includes material an opposing party has identified as confidential and potentially subject to sealing, the filing party shall provide the opposing party with sufficient notice in advance of filing to allow for the seeking of an order of sealing or redaction from the court.

WHEREAS, on February 2, 2022, Plaintiff informed Redbubble that she intends to include with her opposition to the Request for Reconsideration certain information and documents designated by Redbubble as "CONFIDENTIAL" pursuant to the Stipulated Protective Order in this case [ECF No. 72];

WHEREAS, the seven-day deadline for Plaintiff's opposition does not give the parties sufficient time for Redbubble to file its request to seal and for Plaintiff to receive a ruling on that request and file her opposition, along with any exhibits thereto, consistent with the Court's instructions on sealing;

WHEREAS, Plaintiff and Redbubble agree that Redbubble will file any request to seal or redact documents, concerning the documents and information specifically identified by Plaintiff on February 2, 2022, by no later than February 9, 2022;

WHEREAS, Plaintiff and Redbubble further agree that Plaintiff's deadline to file any opposition to the Request for Reconsideration will be extended to February 23, 2022;

NOW, THEREFORE, in consideration of the foregoing, the parties, by and through their

respective counsel, hereby STIPULATE and AGREE as follows:

1. Redbubble will file any request to seal or redact the documents and information specifically identified by Plaintiff on February 2, 2022, by no later than February 9, 2022.

2. Plaintiff's deadline to file any opposition to the Request for Reconsideration is extended to February 23, 2022.

DATED: February 16, 2022                ELLIS GEORGE CIPOLLONE
                                        O'BRIEN ANNAGUEY LLP
                                            Keith J. Wesley
                                            Matthew L. Venezia


                                        By:      */s/ Matthew L. Venezia*
                                                Matthew L. Venezia
                                        Attorneys for Plaintiff Kamille Faye Vinluan-Jularbal


DATED: February 16, 2022                BAKER & McKENZIE LLP
                                            Teresa H. Michaud
                                            Alexander G. Davis
                                            Anne Kelts Assayag


                                        By:      */s/ Teresa H. Michaud*
                                                Teresa H. Michaud
                                        Attorneys for Defendant Redbubble, Inc.

### ATTORNEY ATTESTATION

I, Matthew L. Venezia, am the ECF User whose ID and password are being used to file this document. I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

                                   By: */s/ Matthew L Venezia*
                                        Matthew L. Venezia

**ORDER**

Upon review of the above Joint Stipulation, and good cause appearing, the court orders as follows:

1. Redbubble will file any request to seal or redact the documents and information specifically identified by Plaintiff on February 2, 2022, by no later than February 9, 2022.

2. Plaintiff's deadline to file any opposition to the Request for Reconsideration is extended to February 23, 2022.

DATED: February 16, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of February, 2022, I electronically filed the foregoing **JOINT STIPULATION TO EXTEND PLAINTIFF'S TIME TO OPPOSE DEFENDANT'S REQUEST FOR RECONSIDERATION [ECF NO. 109]** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**SERVICE LIST**
**Kamille Faye Vinluan-Jularbal v. Redbubble, Inc.**
**Case No. 2:21-cv-00573-JAM-JDP**

| | |
|---|---|
| KENNETH B. WILSON COASTSIDE LEGAL<br>455 1st Avenue<br>Half Moon Bay, California 94019<br>Telephone: (650) 440-4211<br>E-mail: ken@coastsidelegal.com<br>(No hard copies e-mails only) | *Attorneys for Defendant*<br>*REDBUBBLE, INC.* |

Teresa H. Michaud
BAKER & McKENZIE LLP
10250 Constellation Blvd., Suite 1850
Los Angeles, California 90067
Telephone: (310) 201-4728
Facsimile: (310) 201-4721
E-mail: teresa.michaud@bakermckenzie.com

Alexander G. Davis
Anne Kelts Assayag
BAKER & McKENZIE LLP
600 Hansen Way
Palo Alto, CA 94304
Telephone: (650) 856-2400
Facsimile: (650) 856-9299
E-mail: alexander.davis@bakermckenzie.com
     anne.assayag@bakermckenzie.com

_____
Andrea A. Augustine