UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kamille Faye Vinluan-Jularbal, | No. 2:21-cv-00573-KJM-JDP |
| Plaintiff, | ORDER |
| v. | |
| Redbubble, Inc., | |
| Defendants. | |

    Defendant Redbubble, Inc. has moved for reconsideration of the Magistrate Judge's order granting plaintiff Kamille Faye Vinluan-Jularbal's request for discovery sanctions. ECF No. 109. Ms. Vinluan-Jularbal has informed Redbubble she intends to file several exhibits in support of her opposition to that motion, and the exhibits include documents Redbubble has marked as "confidential" under the terms of a discovery protective order. *See* Stip., ECF No. 110. Redbubble now requests these "confidential" documents be filed under seal. *See* Notice, ECF No. 112. The request encompasses several hundred pages.

    Redbubble represents in its notice and request to file under seal that it believes the court will have no need to consider the documents in question. After a preliminary review of Redbubble's motion to reconsider and its description of the "confidential" documents, the court agrees it may have no need to consider those documents—or at least not all of them. If not, the request to file them under seal would be moot. For that reason, and in the interest of resolving the

1

1 | motion to reconsider efficiently, fairly and transparently, the request to file under seal is **denied**;
2 | however, plaintiff shall not publicly file copies of any documents marked "confidential" under the
3 | discovery protective order.  The court will maintain copies of the documents subject to
4 | Redbubble's sealing request *in camera* while the motion for reconsideration is pending.
5 |     IT IS SO ORDERED.
6 | DATED: February 16, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE