Teresa H. Michaud (State Bar No. 296329)
 teresa.michaud@bakermckenzie.com
**BAKER & McKENZIE LLP**
10250 Constellation Blvd., Suite 1850
Los Angeles, California  90067
Telephone:  310.201.4728
Facsimile:  310.201.4721

Alexander G. Davis (State Bar No. 287840)
 alexander.davis@bakermckenzie.com
Anne Kelts Assayag (State Bar No. 298710)
 anne.assayag@bakermckenzie.com
**BAKER & McKENZIE LLP**
600 Hansen Way
Palo Alto, CA  94304
Telephone:  650.856.2400
Facsimile:   650.856.9299

Attorneys for Defendant
REDBUBBLE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMILLE FAYE VINLUAN-JULARBAL,<br><br>Plaintiff,<br><br>vs.<br><br>REDBUBBLE, INC.,<br><br>Defendant. | **Case No. 2:21-cv-00573-KJM-JDP**<br><br>Before The Honorable Jeremy D. Peterson<br><br>**STIPULATION AND [PROPOSED] ORDER RE DEFENDANT REDBUBBLE, INC.'S EXTENSION OF TIME TO COMPLY WITH REQUEST FOR PRODUCTION NOS. 6 AND 60**<br><br>**[L.R. 143]**<br><br>**Dept.:**  9, 13th Floor<br>**Judge:**  Hon. Jeremy D. Peterson<br><br>Date Action Filed: March 29, 2021 |

1

**STIPULATION**

This Stipulation is entered into between Plaintiff Kamille Faye Vinluan-Jularbal ("Plaintiff") and Defendant Redbubble, Inc. ("Redbubble") (collectively referred to herein as "the Parties") in order to obtain a two-week extension of time for Redbubble to complete its production of order confirmation documents in response to Plaintiff's Request for Production Nos. 6 and 60, from the present date of May 27, 2022 to June 10, 2022.  The Parties, through their respective counsel of record, stipulate as follows:

1.      WHEREAS, on December 9, 2021, the Court entered an Order regarding discovery disputes (Dkt. No. 96), and ordered Redbubble to produce all documents responsive to Plaintiff's Request for Production Nos. 2, 4, 6, 35, 36, and 60 by January 17, 2022 (the "Order");

2.      WHEREAS, since issuance of the Order, Redbubble and its counsel have collected and processed a significant volume of documents;

3.      WHEREAS, as part of these efforts, Redbubble's counsel advised that it engaged Control Risks, a global consultancy firm, to assist in the collection of the data from Redbubble's systems so Redbubble could prepare that data for production in compliance with the Court's Order;

4.      WHEREAS, Redbubble produced nearly 1.3 million documents in response to Plaintiff's Request for Production Nos. 2, 4, 35, and 36, prior to the January 17, 2022 deadline set by the Court;

5.      WHEREAS, on January 14, 2022, the Court issued an Order granting the Parties' Stipulation to extend the date of the production of responsive documents from January 17, 2022 to March 25, 2022.

6.      WHEREAS, on March 21, 2022, the Court issued an additional Order granting the Parties' Stipulation to further extend the deadline for Redbubble to complete its production of the order confirmation pages from March 25, 2022 until May 27, 2022;

7.      WHEREAS, Redbubble advised that it was still in the process of collecting, and needs additional time to process the order confirmation pages responsive to Plaintiff's Request for Production Nos. 6 and 60, which will total approximately 6.5 million documents;

8.      WHEREAS, the Parties have met and conferred to agree on a two-week extension of

2

time to process the order confirmation pages responsive to Plaintiff's Request for Production Nos. 6 and 60, namely from May 27, 2022 to June 10, 2022;

9.     WHEREAS, this is the third stipulation between the Parties for such a request; and

10.    WHEREAS, by entering into this Stipulation, the Parties are acting in good faith, and do not waive and instead expressly reserve any and all arguments, rights and defenses.

NOW, THEREFORE, in consideration of the foregoing, the Parties, by and through their respective counsel, hereby STIPULATE and AGREE, subject to Court approval and entry of the below Proposed Order, as follows:

1.     Redbubble's deadline to complete its production of documents in response to Plaintiff's Request for Production Nos. 6 and 60 is extended from **May 27, 2022 to June 10, 2022**.

**IT IS SO AGREED AND STIPULATED.**

Dated: May 25, 2022

Respectfully submitted,

**BAKER & McKENZIE LLP**

By:  */s/ Teresa H. Michaud*
Teresa H. Michaud
Attorneys for Defendant
REDBUBBLE, INC.

Dated: May 25, 2022

**ELLIS GEORGE CIPOLLONE O'BRIEN ANNAGUEY LLP**

By:  */s/ Matthew L. Venezia*
Matthew L. Venezia
Attorneys for Plaintiff
Kamille Faye Vinluan-Jularbal

## FILER'S ATTESTATION OF CONCURRENCE

I, Teresa H. Michaud, attest that I am the lead counsel for Defendant Redbubble, Inc.  As the ECF user and filer of this document, I attest that concurrence in the filing of this document has been obtained from its signatories.

Dated:    May 25, 2022

*/s/  Teresa H. Michaud*
Teresa H. Michaud

# [PROPOSED] ORDER

Upon review of the above Stipulation, and Good Cause Finding, the Court orders as follows:

1.      Redbubble's deadline to complete its production of documents responsive to
Plaintiff's Request for Production Nos. 6 and 60 is extended from **May 27, 2022 to
June 10, 2022.**

IT IS SO ORDERED.

Dated:    May 26, 2022    _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

5

## CERTIFICATE OF SERVICE

I, Teresa H. Michaud, declare:  I am over the age of 18 years and not a party to the within action.  My business address is Baker & McKenzie LLP, 10250 Constellation Blvd., Suite 1850, Los Angeles, California  90067.  On **May 25, 2022**, I served the following document:

**STIPULATION AND [PROPOSED] ORDER RE DEFENDANT REDBUBBLE, INC.'S EXTENSION OF TIME TO COMPLY WITH REQUEST FOR PRODUCTION NOS. 6 AND 60**

on the interested parties in this action, addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒   **(VIA CM/ECF NOTICE OF ELECTRONIC FILING):** I caused said document(s) to be filed and served by means of the Court's electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are registered as CM/ECF Users, as set forth in the service list of the Court.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.  Executed at Santa Barbara, California on **May 25, 2022**

*/s/ Teresa H. Michaud*
Teresa H. Michaud

6

## SERVICE LIST

| | |
|---|---|
| **Keith J. Wesley, Esq.**<br>**Matthew Lawrence Venezia, Esq.**<br>Ellis George Cipollone O'Brien Annaguey LLP<br>2121 Avenue of the Stars, Suite 2800<br>Los Angeles, CA  90067<br>Tel:  310-274-7100<br>Fax: 310-275-5697<br>Email: kwesley@egcfirm.com<br>Email: mvenezia@egcfirm.com | *Counsel for Plaintiff*<br>*Kamille Faye Vinluan-Jularbal* |
| **Kenneth B. Wilson, Esq.**<br>Coastside Legal<br>455 1st Avenue<br>Half Moon Bay, CA  94019<br>Tel:  650-440-4211<br>Email: ken@coastsidelegal.com | *Co-Counsel for Defendant*<br>*Redbubble, Inc.* |